Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-338—Claimant ▮▮▮▮▮▮)

IBM Corporation, Claimant, *vs.* State of Illinois, Office of the Comptroller, Respondent.

*Opinion filed February 20, 1974.*

IBM Corporation, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-358—Claimant ▮▮▮▮▮▮)

IBM Corporation, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed February 20, 1974.*

IBM Corporation, Claimant, pro se.

William J. Scott, Attorney General; Edward L. S. Arkema, Jr., Assistant Attorney General, for Respondent.

Per Curiam.